MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Arnoldo Contreras-Valencia

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>URIEL ALEJANDRES AGUILAR, and<br><br>ARNOLDO CONTRERAS-VALENCIA ,<br><br>Defendants. | CASE NO:  CR13-00668-LHK<br><br><br>STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER CONTINUING STATUS CONFERENCE TO JUNE 25, 2014 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the status conference currently scheduled for May 14, 2014 at 9:30 a.m. may be continued to June 25, 2014 for further status.

Stipulation and [P̶r̶o̶p̶o̶s̶e̶d̶] Order Continuing Status Hearing

The parties further stipulate that time should be excluded under the Speedy Trial Act from May 14, 2014 through and including June 25, 2014 for ongoing investigation and the need for effective preparation by defense counsel.  Also, counsel for the co-defendant Mr. Aguilar recently filed a stipulation and proposed order to move the May 14 status conference to June 25, 2014.

IT IS SO STIPULATED.

Dated:  May 13, 2014                           MELINDA HAAG
                                               United States Attorney

                                               _____/S/_____
                                               PHILIP GUENTERT
                                               Assistant United States Attorney

Dated:  May 13, 2014

                                               _____/S/_____
                                               MICHELLE D. SPENCER
                                               Counsel for Arnoldo Contreras-Valencia


[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference currently scheduled for May 14, 2014 at 9:30 a.m. shall be continued to June 25, 2014 at 9:30 a.m. for further status.

FURTHER, the Court finds that failing to exclude the time between May 14, 2014 through and including June 25, 2014, would unreasonably deny defense counsel time for effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by excluding the time between May 14, 2014 and June 25, 2014, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

Stipulation and [~~Proposed~~] Order Continuing Status Hearing

IT IS FURTHER ORDERED that the time between May 14, 2014 through and including June 25, 2014 shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 5/13/14

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Judge

- 3 -

Stipulation and [~~Proposed~~] Order Continuing Status Hearing